OTTO KUNZE, an Infant, by FRED KUNZE, His Guardian ad Litem, Respondent, v. THE PICTORIAL REVIEW COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event unless the plaintiff stipulates to reduce the judgment as entered to the sum of $5,185.65; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Martin, J., dissents and votes for reversal.

MARY WALKER, Respondent, v. REALTY MANAGERS, INC., Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Clarke, P. J., dissents.

FANNIE GELLIS, as Administratrix, etc., of BENJAMIN GELLIS, Deceased, Respondent, v. AHNEMAN & YOUNKHEERE, INC., Defendant, Impleaded with JACOB BENOVITZ, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Martin, J., dissents.

EDNA E. MILES, Respondent, v. LOUIS K. LIGGETT COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event unless the plaintiff stipulates to reduce the judgment as entered to the sum of $1,633.50; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

JACOB MILES, Respondent, v. LOUIS K. LIGGETT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

LACE SELLING COMPANY, Appellant, v. BARNET SHAPIRO and Another, Individually and as Copartners, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY GILENE, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THOMAS M. HODGENS, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

BENJAMIN GLAZER, Appellant, v. ARTHUR O. CHOATE, Respondent.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, upon the ground that the trial court erred in refusing to permit the plaintiff to refresh his recollection from a memorandum made by the plaintiff on the day following the damage to his property. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HYMAN MILLSTEIN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.